IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                  4:89cr4004-WS

CHARLES HUDSON,                                 4:06cv5-WS

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (doc. 862) docketed February 8, 2006.  The magistrate judge recommends that the defendant's motion for relief from judgment, filed on January 5, 2006, be summarily dismissed because authorization for filing a second or successive motion has not been granted. The defendant has filed objections (doc. 863) to the report and recommendation.

      Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

      Accordingly, it is ORDERED:

      1. The magistrate judge's report and recommendation (doc. 862) is adopted and incorporated by reference in this order of the court.

2. The defendant's motion for relief from judgment (doc. 856) is hereby summarily DISMISSED as an unauthorized second or successive section 2255 motion.

3. The clerk shall enter judgment accordingly and shall close Case No. 4:06cv5-WS.

4. The defendant's notice for preservation of claim (doc. 858) is DENIED.

DONE AND ORDERED this March 8, 2006.

      /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE