IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v. 4:89cr4004-WS

CHARLES HUDSON,

      Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the Magistrate Judge's report and recommendation (doc. 888) docketed May 1, 2007.  The Magistrate Judge recommends that Defendant's request for relief (doc. 887) be denied.  Defendant has filed objections (doc. 889) to the report and recommendation.[1]

Upon review of the record in light of Defendant's objections, the court has determined that the Magistrate Judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1.  The Magistrate Judge's report and recommendation (doc. 888) is adopted and incorporated by reference in this order of the court.

---

[1] In his objections, Defendant raises an issue—"the May 1, 2007 amendment to the Drug Table that lowers the defendant's sentencing range"—that was not raised in his letter (doc. 887) requesting relief.  That issue was not addressed by the Magistrate Judge and has not been considered by this court.

2. Defendant's request for relief (doc. 887) is DENIED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this <u>   31st   </u> day of <u>   May   </u>, 2007.


<u>s/ William Stafford                                       </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE